# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1719

_____

DUFRY AMERICA, LLC, DBA
International Operations &
Services (USA) LLC and THE
AMERICAN EQUITY
UNDERWRITERS, INC.,

Appellants,

v.

YUNAIKYS GONZALEZ,

Appellee.

_____

On appeal from the Office of the Judges of Compensation Claims.
Edward Almeyda, Judge.

Date of Accident:  June 9, 2023.

November 27, 2024

PER CURIAM.

On review of the Amended Joint Notice of Disposition of Settlement filed October 30, 2024, the Court dismisses this appeal. *See* Fla. R. App. P. 9.350(b).

LEWIS, RAY, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Robert B. Griffis of the Law Office of Robert B. Griffis, Altamonte Springs, for Appellants.

Toni L. Villaverde, Coral Gables, for Appellee.